IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:15-cv-468 |
| v. | § § | JURY TRIAL DEMANDED |
| RIVERBED TECHNOLOGY, INC., | § § § | |
| Defendant. | § § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Realtime" means Plaintiff Realtime Data LLC and "Riverbed" means Defendant Riverbed Technology, Inc. As used herein, "'513 Patent" means U.S. Patent No. 8,643,513 and the "'530 Patent" means U.S. Patent No. 7,415,530.

**QUESTION 1:**

Has Realtime proven by a preponderance of the evidence that Riverbed directly infringed the following claims of the following patents?

*Please answer "Yes" or "No" for each claim of each patent. A "Yes" is a finding for Realtime. A "No" is a finding for Riverbed.*

**'513 Patent**

    Claim 1    <u>Yes</u>

**'530 Patent**

    Claim 1    <u>No</u>

    Claim 14    <u>No</u>

**QUESTION 2:**

Has Realtime proven by a preponderance of the evidence that Riverbed actively induced Riverbed's customers to directly infringe the following claims of the following patents?

*Please answer "Yes" or "No" for each claim of each patent. A "Yes" is a finding for Realtime. A "No" is a finding for Riverbed.*

**'513 Patent**

    Claim 1    <u>YES</u>

**'530 Patent**

    Claim 1    <u>NO</u>

    Claim 14    <u>NO</u>

**If you answered "No" to all of the above claims for Questions 1 and 2, you should not answer any further questions. In that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict.**

3

ANSWER THIS NEXT QUESTION ONLY FOR THE CLAIMS YOU ANSWERED "YES" TO IN QUESTIONS 1 OR 2 ABOVE. IF YOU DID NOT ANSWER "YES" FOR A CLAIM IN QUESTIONS 1 OR 2, DO NOT ANSWER THIS QUESTION FOR THAT CLAIM.

**QUESTION 3:**

Has Riverbed proven by clear and convincing evidence that any of the following claims of the following patents are invalid due to obviousness?

*A "Yes" is a finding for Riverbed. A "No" is a finding for Realtime.*

**'530 Patent**

    Claim 1      YES

    Claim 14    YES

4

ANSWER QUESTION 4 ONLY IF YOU FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE PATENTS TO BE INFRINGED BY RIVERBED IN QUESTIONS 1 OR 2 AND YOU DID NOT FIND THE INFRINGED CLAIMS TO BE INVALID IN QUESTION 3.

**QUESTION 4:**

For the claims you have found that Riverbed infringed and that are not invalid, what sum of money, if paid now in cash, do you find by a preponderance of the evidence would reasonably compensate Realtime, through the expiration date of the following patents? Only award damages for those claims you find both infringed and not invalid. Fill in only one of the following lines:

1. '530 and '513 Patents: $_____0_____
2. '530 Patent only: $_____0_____
3. '513 Patent only: $____4,320,000____ .00

\*\*\*\*\*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 26 day of May, 2017.

███████████████████████
Jury Foreperson